IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEVENS TRANSPORT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AIG EUROPE LIMITED and NATIONAL | ) |
| UNION FIRE INSURANCE COMPANY | ) |
| OF PITTSBURGH, PA., | ) |
| | ) |
| Defendants. | )   Civil Action No. 3:17-CV-1577-C |

## AGREED ORDER OF DISMISSAL

The Court, having considered the parties' Stipulation of Dismissal With Prejudice, filed July 3, 2018,

IT IS ORDERED that the above-styled and -numbered civil action is **DISMISSED WITH PREJUDICE**, with costs taxed against the party incurring same.

SO ORDERED this 5th day of July, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE